## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MINNIE PULLEY, Personal** | * | **Case No.  88(94)CG750/52/150 (MD) (1)** |
| **Representative of the Estate of** | * | **Case No. 94-3508** |
| **JUCUTE PULLEY** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **MINNIE PULLEY, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **JUCUTE PULLEY** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **CORHART REFRACTORIES CO., et al.,** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUBSTITUTION OF PARTIES

1.      John Thomas Whitley, by and through his undersigned attorneys move this Court for an

Order substituting him, in his capacity as Successor Personal Representative of the Estate of

Jucute Pulley, Plaintiff's decedent, and as Personal Representative of the Estate of Minnie

Pulley, Plaintiff herein deceased, as Plaintiffs in this action, without prejudice to the proceedings

already had in this action and, as grounds therefore states as follows.

2.      On July 13, 1982 Jucute Pulley, Plaintiff's decedent in the above matter, died.  On June 7,

1994, Minnie Pulley was duly appointed Personal Representative of the Estate of Jucute Pulley,

deceased, by the Register of Wills for Baltimore City, Maryland.

3.      On February 25, 2005, Minnie Pulley, Plaintiff herein, died.

4.      On June 9, 2005, John Thomas Whitley was appointed Personal Representative of the

Estate of Minnie Pulley, Plaintiff herein, by the Register of Wills for Baltimore City, Maryland

and on September 9, 2005, John Thomas Whitley was appointed Successor Personal

Representative of the Estate of Jucute Pulley, Plaintiff's decedent, herein, by the Register of

Wills for Baltimore City, Maryland.

5.      John Thomas Whitley is qualified and is now acting as Successor Personal

Representative of the Estate of Jucute Pulley, Plaintiff's decedent herein and is qualified and now

acting as Personal Representative of the Estate of Minnie Pulley, Plaintiff herein.

6.      This is an action at law for personal injuries and therefore the claims haves not been

extinguished by the death of the Plaintiff.

        **WHEREFORE,** John Thomas Whitley, Successor Personal Representative of the Estate

of Jucute Pulley and Personal Representative of the Estate of Minnie Pulley, request this Court to

substitute him as Plaintiff herein in place of Minnie Pulley.

_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

## STATEMENT OF AUTHORITIES

2

1.      Federal Rules of Civil Procedure Rule 25.

2.      United States District Court for the District of Maryland Local Rule 103 (b) and (c).


**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**