## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MINNIE PULLEY, Personal** * | Case No. 88(94)CG750/52/150 (MD)(1) |
| **Representative of the Estate of** * | Case No. 94-3508 |
| **JUCUTE PULLEY,** * | |
| **Now Deceased** * | |
| * | |
| **and** * | |
| * | |
| **MINNIE PULLEY, Individually and** * | |
| **as Surviving Spouse of** * | |
| **JUCUTE PULLEY,** * | |
| **Now Deceased** * | |
| * | |
| **Plaintiffs** * | |
| * | |
| **v.** * | |
| * | |
| **CORHART REFRACTORIES CO., et al.** * | |
| * | |
| **Defendants** * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

1.  On Motion of John Thomas Whitley, for substitution in place of Minnie Pulley, Personal Representative of the Estate of Jucute Pulley, now deceased, it appearing to the Court that the said Minnie Pulley was duly appointed Personal Representative of the Estate of Jucute Pulley on June 7, 1994 by the Register of Wills for Baltimore City, Maryland; that Minnie. Pulley died on February 25, 2005; that the claim asserted by her in this action was not thereby extinguished; and that John Thomas Whitley has been duly appointed Successor Personal Representative of the Estate of Jucute Pulley, and is qualified and is acting as such.

2.  On Motion of John Thomas Whitley, for substitution in place of Minnie Pulley, Surviving Spouse of Jucute Pulley, now deceased, it appearing to the Court that the said Minnie.

Pulley died on February 25, 2005; that the claim asserted by her was not thereby extinguished; and that John Thomas Whitley has been duly appointed Personal Representative of the Estate of Minnie Pulley, and is qualified and is acting as such.

**IT IS ORDERED,** that John Thomas Whitley, Successor Personal Representative of the Estate of Jucute Pulley, be substituted as Plaintiff herein in the place of Minnie Pulley, Personal Representative of the Estate of Jucute Pulley, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that John Thomas Whitley, Personal Representative of the Estate of Minnie Pulley, be substituted as Plaintiff herein in the place of Minnie Pulley, Surviving Spouse of Jucute Pulley, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**JUDGE**

**Date**