IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MINNIE PULLEY, Personal** | * | Case No. 88(94)CG750/52/150 (MD)(1) |
| **Representative of the Estate of** | * | Case No. 94-3508 |
| **JUCUTE PULLEY** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **MINNIE PULLEY, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **JUCUTE PULLEY** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| vs. | * | |
| | * | |
| **CORHART REFRACTORIES CO.,** | * | |
| et al., | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005 a copy of Plaintiff's Motion for Substitution of Parties and Proposed Order, which was electronically filed in this case on October 21, 2005, was mailed via first class mail, postage prepaid, to the following parties:

        Mauricio E. Barreiro, Esquire
        15 E. Chesapeake Avenue
        Towson, Maryland 21204
        Attorney for Corhart Refractories

        John H. Nagle, Esqure
        Bodie Nagle Dolina
           Smith & Hobbs
        21 W. Susquehanna Avenue
        Towson, Maryland 21204
        Attorney for McCormick Asbestos Co.

            /s/
_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MINNIE PULLEY, Personal** | * | Case No. 88(94)CG750/52/150 (MD)(1) |
| **Representative of the Estate of** | * | Case No. 94-3508 |
| **JUCUTE PULLEY** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **MINNIE PULLEY, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **JUCUTE PULLEY** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| vs. | * | |
| | * | |
| **CORHART REFRACTORIES CO.,** | * | |
| et al., | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2005 a copy of Plaintiff's Motion for Substitution of Parties and Proposed Order, which was electronically filed in this case on October 21, 2005, was mailed via first class mail, postage prepaid, to the following parties:

> Mauricio E. Barreiro, Esquire
> 15 E. Chesapeake Avenue
> Towson, Maryland 21204
> Attorney for Corhart Refractories
>
> John H. Nagle, Esqure
> Bodie Nagle Dolina
>     Smith & Hobbs
> 21 W. Susquehanna Avenue
> Towson, Maryland 21204
> Attorney for McCormick Asbestos Co.

                                           /s/
                                  _____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**