JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 24 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-257)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,139 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Page of 3

# SCHEDULE CTO-257 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ALABAMA NORTHERN**
ALN 2 05-2148     Mildred Armstead, et al. v. A.O. Smith Electrical Products Co., et al
ALN 4 05-2316     Linda McClain v. Dow Chemical Co., et al.
~~ALN 4 05-2466~~     ~~Charles Richard Archer, et al. v. Mead Corp., et al.~~ Opposed 2/8/06
~~ALN 4 05-2472~~     ~~Rebekah Riggs, etc. v. Mead Corp., et al.~~ Opposed 2/8/06
~~ALN 4 05-2473~~     ~~Alford McGuffie v. Mead Corp., et al.~~ Opposed 2/8/06

**CALIFORNIA EASTERN**
CAE 2 05-1751     Dennis Morgen, et al. v. United States Department of the Navy

**CALIFORNIA NORTHERN**
CAN 3 05-3107     Ronald Dutton v. Todd Shipyards Corp., et al.
CAN 3 05-4084     Charlton Clemmer v. Viad Corp., et al.
CAN 3 05-4085     Radall Kash, et al. v. Viad Corp., et al.
CAN 3 05-4346     Aurelio Sanchez v. General Electric Co., et al.
CAN 3 05-4347     Richard Marcelja v. Todd Shipyards Corp., et al.
CAN 3 05-4348     Joanne Thomas, et al. v. Viad Corp., et al.
CAN 3 05-4510     Kevan Caverhill, et al. v. General Electric Co., et al.

**ILLINOIS SOUTHERN**
~~ILS 3 05-685~~     ~~John Rogers v. Illinois Central Railroad Co.~~ Opposed 2/9/06

**INDIANA SOUTHERN**
INS 1 05-1572     Janet Casper, et al. v. The Dow Chemical Co., et al.
INS 3 05-223     Jack S. McGrath v. Consolidated Rail Corp., et al.

**LOUISIANA EASTERN**
~~LAE 2 05-5221~~     ~~Beatrice M. Chiasson, et al. v. Honeywell International, Inc., et al.~~
          Opposed 2/8/06
LAE 2 05-6078     Stanley Christian v. Gulf States Asphalt Co., Inc., et al.

**LOUISIANA MIDDLE**
LAM 3 05-1406     Michael J. McFarlain v. Northrop Grumman Systems Corp., et al.

**MASSACHUSETTS**
MA 1 05-12184     Michael Levesque, etc. v. Amchem Products, Inc., et al.

**MARYLAND**
MD 1 94-3508     Minnie Pulley v. Corhart Refractories Co., et al.
MD 1 05-2948     Donald Faust, et al. v. Anchor Packing Co., et al
MD 1 05-3277     Carol E. Hunt, etc. v. Anchor Packing Co., et al.

**MINNESOTA**
MN 0 05-2782     Darrel Raymond Delage v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-2784     Kurt Gauthier, et al. v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-2785     Marvin Giese v. Garlock Sealing Technologies, L.L.C., et al.
MN 0 05-2786     Melvin O. Haugen v. Garlock Sealing Technologies, L.L.C., et al.

SCHEDULE CTO-257 - TAG-ALONG ACTIONS - MDL-875                                          Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN 0 05-2787 | James J. Kozar v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2788 | Lawrence J. Lenk v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2789 | Robert J. Morton v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2790 | Loren Louis Radtke v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2791 | Warren Robert Salo v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2792 | Robert John Smith v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-2793 | Anthony Robert Turk v. Garlock Sealing Technologies, L.L.C., et al |
| MN 0 05-2794 | Bonnie Walden v. Garlock Sealing Technologies, L.L.C., et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 05-1356~~ | ~~Ronald G. Toppins v. 3M Co.~~ Opposed 2/6/06 |
| ~~MOE 4 05-1357~~ | ~~Dwight R. Johnson v. 3M Co.~~ Opposed 2/6/06 |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 05-158 | Edward M. Duncan v. Allied Signal, Inc., et al. |
| MSN 1 05-180 | Janet K. Flemmings, et al. v. Baldor Electric Co., et al. |
| MSN 1 05-181 | Mary Sue Fulgham, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-182 | Elba Buchanan, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-183 | Ivy Jane Fuller, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-184 | Margaret Mims Foster, etc. v. Baldor Electric Co., et al. |
| MSN 1 05-255 | Claude Riley v. Georgia-Pacific Corp., et al. |
| MSN 1 05-260 | Kelsie Dickens v. Certainteed Corp., et al. |
| MSN 1 05-261 | William Carr v. Certainteed Corp., et al. |
| MSN 1 05-263 | Martha Harmon, etc. v. Garlock, Inc., et al. |
| MSN 1 05-274 | Bobby Gene Puckett v. Mississippi Rubber & Specialty Co., et al. |
| MSN 1 05-286 | Lillie Wilson v. Dowman Products, Inc., et al. |
| MSN 1 05-307 | Owen Wallace v. Dowman Producrts, Inc., et al. |
| MSN 2 05-116 | Roy R. Collins v. Autozone Mississippi, Inc., et al. |
| MSN 3 05-76 | Johnny L. Meeks v. Autozone Mississippi, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 2 05-36 | Mary L. McCuller, et al. v. Albany International Corp., et al. |
| NCE 4 05-113 | Barbara Cox Sullivan, et al. v. Albany International Corp., et al |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-935 | Ralph Arthur Denson, et al. v. Anchor Packing Co., et al. |
| NCM 1 05-963 | Bertie E. Eversley, et al. v. Anchor Packing Co., et al. |
| NCM 1 05-976 | Clarence M. Jackson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-977 | Charles Douglas Peoples, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1013 | Charles D. Harrison, et al. v. Airco, Inc., et al. |
| NCM 1 05-1026 | Harry Clark Carver, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1027 | Charlie J. Richardson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1028 | Tony C. Heilig, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1112 | John Thomas Simpson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1126 | Joe Louis Neal, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 05-1142 | Delmar E. Ritter v. Airco, Inc., et al. |
| NCM 1 05-1160 | Jamal Brown, etc. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 04-246 | David A. Henson, et al. v. Fluor Daniel, Inc., et al |

<u>DIST. DIV. C.A. #</u>             <u>CASE CAPTION</u>

NORTH CAROLINA WESTERN
- NCW 1 05-317    Clarence J. Deck, et al. v. Airco, Inc., et al.
- NCW 1 05-325    Steve Hanak, Jr., et al. v. Airco, Inc., et al.
- NCW 1 05-335    Carol Thomas Jolley v. Aqua-Chem, Inc., et al.
- NCW 1 05-336    Lynn Wesley Jetton, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 05-337    Aaron Masters, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 05-344    Richard C. Mills, Jr., et al. v. Aqua-Chem, Inc., et al.
- NCW 1 05-345    Bobbie Williams, et al. v. Airco, Inc., et al.
- NCW 1 05-350    Douglas E. Mahaffey, et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
- NYE 1 05-4784   Carol J. March, etc. v. A.W. Chesterton Co., et al.
- NYE 1 05-4838   Carol Peterson, et al. v. A.W. Chesterton Co., et al.
- NYE 1 05-4839   Julius L. Shultz, et al. v. A.W. Chesterton Co., et al.
- NYE 1 05-4933   Francis G. O'Hara, etc. v. A.W. Chesterton Co., et al.
- NYE 1 05-4952   Arlene M. Reyenger, etc. v. A.W. Chesterton Co., et al.
- NYE 1 05-5140   Bruno Zagar, etc. v. A.W. Chesterton Co., et al.
- NYE 1 05-5182   Natalie Beni, etc. v. A.W. Chesterton Co., et al.
- NYE 1 05-5553   Leo G. George v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
- NYS 1 05-4404   Rafael Bueno Suano, et al. v. Garlock Sealing Technologies, LLC, et al.
- NYS 1 05-4409   Juan Antonio Consuegra Travieso, et al. v. General Electric Co., et al.
- NYS 1 05-5508   James P. Brosnan, et al. v. Amchem Products, Inc., et al.
- NYS 1 05-8895   Oscar O. Zavala v. United States Lines, Inc. Reorganization Trust
- NYS 1 05-10038  Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust

OHIO NORTHERN
- OHN 1 04-20006  Donald Miller, et al. v. CSR, Ltd., et al.
- OHN 1 05-10016  Robert E. Goodwin v. A-C Product Liability Trust, et al.
- OHN 1 05-10017  Carlito C. Simon v. A-C Product Liability Trust, et al.
- OHN 1 05-10018  Luis Vazquez v. A-C Product Liability Trust, et al.

PENNSYLVANIA WESTERN
- PAW 2 05-1569   Mary P. Kummer, etc. v. Allied Signal, Inc., et al.

TEXAS EASTERN
- ~~TXE 1 05-769~~    ~~Cecil Reuben Jackson, et al. v. Kimberly-Clark Corp.~~ Opposed 2/6/06
- ~~TXE 1 05-876~~    ~~Thomas Vodry Allen, et al. v. Kimberly-Clark Corp., et al.~~ Opposed 2/6/06
- TXE 1 05-877    William Marshall Chandler v. Kimberly-Clark Corp., et al.
- TXE 1 05-878    Willie L. Jones v. Kimberly-Clark Corp., et al.
- ~~TXE 1 05-882~~    ~~Newbern Brown Adkins, et al. v. Kimberly-Clark Corp., et al.~~ Opposed 2/6/06

TEXAS SOUTHERN
- ~~TXS 4 05-4094~~   ~~Jacqueline D. Skinner, et al. v. Atlantic Richfield Co., et al.~~ Opposed 2/9/06

WASHINGTON WESTERN
- ~~WAW 2 05-1876~~   ~~Robert Denny, et al. v. Gould Pumps, Inc., et al.~~ Opposed 2/9/06
- ~~WAW 2 05-1929~~   ~~Milton L. Anderson, et al. v. Saberhagen Holdings, Inc., et al.~~ Opposed 2/9/06