IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :
                                        :        FILED APR 2 0 2006
                                        :
This Document Relates To:    APR 2 6 2006 CIVIL ACTION NO.  MDL 875
Pittsburgh Corning Corp.
Bankrupt Defendant           :
                             :                    MD-1
ALL ACTIONS                  :                    94-3508
(See attached schedule       :
for case list)               :

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Pittsburgh Corning Corp. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

ENTERED

BY THE COURT    APR 2 1 2006

CLERK OF COURT

Date: 4/18/2006

_James T. Giles_         J.
James T. Giles, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SCANNED

Party PITTSBURGH CORNING CORP. (SEE ALSO UNARCO) Is Involved In 5 Actions

Page 1

**Civil Action(s)**

**-- MDL 875 --**

MD-1-94-3508
OHN-1-98-12997
OHN-1-98-14094
OHN-1-99-10802
TXE-1-05-880

APR 2 6 2006

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)

Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.

Key => Civil Actions enclosed by {} have been closed.  a * indicates that the party has been dismissed from the case.