JUN 26 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

MD-1

This Document Relates To:
Quigley Co., Inc.
Bankrupt Defendant

CIVIL ACTION NO.  MDL 875

MD 94-3507

ALL ACTIONS
(See attached schedule
for case list)

MD 94-3508

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Quigley Co., Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: _____

_____
James T. Giles, Judge

DATED: _____
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

*Party QUIGLEY CO., INC. Is Involved In 6 Actions*

Page 1

**Civil Action(s)**

**-- MDL 875 --**
GU-1-05-25
MD-1-94-3507 ✓
MD-1-94-3508 ✓
NCM-1-02-874
NYE-1-02-757
TXE-1-05-874

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.